# United States District Court
# Eastern District of California

AUSTIN O'CONNOR,

Plaintiff(s)

V.

LOWE'S COMPANIES, INC.,

Defendant(s)

Case Number: 2:26-cv-03725-JAM-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michal-Ane E. McIntosh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Austin O'Connor

On 11/17/2014 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/04/2026

Signature of Applicant: /s/ Michal-Ane E. McIntosh

**Pro Hac Vice Attorney**

Applicant's Name: Michal-Ane E. McIntosh

Law Firm Name: Robbins Geller Rudman & Dowd LLP

Address: 225 NE Mizner Boulevard, Suite 720

City: Boca Raton State: FL Zip: 33432

Phone Number w/Area Code: (561) 750-3000

City and State of Residence: Boca Raton, FL

Primary E-mail Address: mmcintosh@rgrdlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Eric I. Niehaus

Law Firm Name: Robbins Geller Rudman & Dowd LLP

Address: 655 West Broadway, Suite 1900

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 231-1058 Bar # 239023

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 4, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE