**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
Christopher T. Casamassima (SBN 211280)
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5374
Chris.Casamassima@wilmerhale.com

*Attorney for Defendant Lowe's Companies, Inc.*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Stuart A. Davidson (*pro hac vice*)
Michal-Ane E. McIntosh (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
mmcintosh@rgrdlaw.com

Eric I. Niehaus (239023)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
ericn@rgrdlaw.com

*Attorneys for Plaintiff Austin O'Connor*
*and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

AUSTIN O'CONNOR,

Plaintiff,

v.

LOWE'S COMPANIES, INC.,

Defendant.

Case No.: 2:26-cv-3725-DJC-JDP

**ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND TO STAY ALL OTHER CASE DEADLINES**

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, Defendant's deadline to answer, move, or otherwise respond to the Complaint is extended until forty-five (45) days after the JPML rules on the pending MDL Motion in MDL No. 3202, and that all other case deadlines are stayed until the MDL Motion is resolved.

**IT IS SO ORDERED.**

Dated: November 23, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE